■ THEODORE R. SCHULTHEIS, Appellant, v SARA GAGNON, Respondent, et al., Defendant. — Appeal from the order of the Supreme Court, New York County (Grossman, J.), entered June 9, 1982, which vacated a default previously entered against defendant Sara Gagnon is dismissed as nonappealable, without costs and without disbursements. (CPLR 5701, subd [a], par 2; *Everitt v Health Maintenance Center*, 86 AD2d 224, 227.) Concur — Kupferman, J. P., Sandler, Carro, Asch and Fein, JJ.